AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Danny Ray Kinzer Jr
_____
Plaintiff

V.

Medical unit
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-577

I, Danny Ray Kinzer Jr _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

Scanned- BP  9/14/06

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)   • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  D.C.C. Smyrna

   Inmate Identification Number (Required): # 00381156

   Are you employed at the institution? X NO  Do you receive any payment from the institution? no

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?    • •Yes    • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • (No) |
   | b. | Rent payments, interest or dividends | • • Yes | • • (No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • (No) |
   | d. | Disability or workers compensation payments | • • Yes | • • (No) |
   | e. | Gifts or inheritances | • • Yes | • • (No) |
   | f. | Any other sources | • • Yes | • • (No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes   • • No 

   If "Yes" state the total amount $ NONE

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes   • • No 

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.


8-1-06
DATE


D. Kinyer
SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Danny Kinzer_  SBI#: _381156_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**   06-577

DATE: _August 7, 2006_

Scanned- _B_  9/14/06

Attached are copies of your inmate account statement for the months of _February 1, 2006_ to _July 31, 2006_

The following indicates the average daily balances.

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 0 |
| March | 0 |
| April | 2.55 |
| May | 7.05 |
| June | 11.42 |
| July | .94 |

Average daily balances/6 months: _3.76_

Attachments
CC: File

_Stacy Shane_
8/7/06

_[signature]_ 8/7/06

## Individual Statement - No Transactions This Month

Date Printed: 8/7/2006                                                                                 Page 1 of 1

### For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00381156 | KINZER | DANNY | R | J | |
| Current Location: | SU/1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement - No Transactions This Month

Date Printed: 8/7/2006                                                                                              Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00381156 | KINZER | DANNY | R | J | |
| Current Location: | SU/1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 8/7/2006

Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00381156 | KINZER | DANNY | R | J | | |

Current Location: SU/1    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 4/18/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 250633 | | | |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 255686 | | | |
| Misc | 4/26/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 255692 | 45216 | 4/17/06 | SCI |
| Medical | 4/27/2006 | ($5.87) | $0.00 | $0.00 | $14.13 | 256396 | | 6/3/05 | |

Ending Mth Balance: $14.13

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of May 2006

Date Printed: 8/7/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $14.13 |
|---|---|---|---|---|---|---|
| 00381156 | KINZER | DANNY | R | J | | |
| Current Location: | SU/1 | | Comments: | QOL2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/9/2006 | ($9.50) | $0.00 | $0.00 | $4.63 | 260874 | | | |
| Supplies-MailP | 5/12/2006 | ($2.79) | $0.00 | $0.00 | $1.84 | 263066 | | 4/17/06 | |
| Canteen | 5/23/2006 | ($1.83) | $0.00 | $0.00 | $0.01 | 266483 | | | |
| Visit | 5/26/2006 | $15.00 | $0.00 | $0.00 | $15.01 | 270170 | 9252003640-01647 | POSTING CORRECTI | S. WILSON |

Ending Mth Balance: $15.01

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of June 2006

Date Printed: 8/7/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.01 |
|---|---|---|---|---|---|---|
| 00381156 | KINZER | DANNY | R | J | | |

Current Location: SU/1  Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/20/2006 | ($9.79) | $0.00 | $0.00 | $5.22 | 281477 | | | |

Ending Mth Balance: $5.22

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 8/7/2006

Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.22 |
|---|---|---|---|---|---|---|
| 00381156 | KINZER | DANNY | R | J | | |
| Current Location: | SU/1 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($4.59) | $0.00 | $0.00 | $0.63 | 287174 | | | |
| Canteen | 7/18/2006 | ($0.63) | $0.00 | $0.00 | $0.00 | 292467 | | | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO:   Mrs. Tonya Smith
      Support Services Manager                    DATE: 7-27, 06
      Delaware Correctional Center
      Smyrna, Delaware 19977

FROM:   Danny Ray Kinzer Jr              381156
       Inmate Name (Please Print Name)           SBI #

--- I HEREBY CERTIFY ---

      Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

D. Kinzer
      Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)