(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Danny Ray Kinzer Sr  #381156
(Name of Plaintiff)    (Inmate Number)

D.C.C
1181 Paddock rd Smyrna De 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) D.C.C medical unit

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

- 0 6 - 5 7 7 -
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

I.  PREVIOUS LAWSUITS

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

  NONE

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •(Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed medical griveance on July 24th Copy of medical grievance inclosed

2. What was the result? Nonthing

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Medical Unit

Employed as _____ at D.C.C

Mailing address with zip code: 1181 Paddock rd Smyrna De 19977

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Put Sick calls in on July 11th for bad ance and problem with right leg havent been seen being denied medical treatment for medical grievance filed on July 10th about 3 other Sick calls put in and never got seen until 3 weeks later got seen for them

2. on July 17th but still havent been seen for sick calls filed on July 11th feel as though life's at risk for being denied medical treatment

3. Put Sick calls in on 7-7 / 7-3 / 6-29 for H.I.V test took 2 medical grievance and finally got seen on 7-17-06 but havent been told the results

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Request to be moved to another jail, request to receive some type of commission for pain with right leg and being denied medical treatment, Have medical unit investigated so this problem wont happen to anyone else

3

2. Im Still putting Sick calls in and not being see im having Chest pain and havent been Seen yet

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1st__ day of __August__, 2_006_.

_D. Kimyer_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Danny Ray Kinzer Sr
S.B.I # 00381156
D.C.C
181 Paddock rd
Smyrna De 19977

Clerk
U.S District Court
Lockbox 18
844 N. King St.
Wilmington De 19801



* LEGAL MAIL *

Dates of Sick calls
 &
medical grievances Filed

Sick Calls for HIV test
6-29-06  ⎞ filed medical grievance on 7-10-06 and
7-3-06   ⎟ Had blodd taken on 7-17-06
7-7-06   ⎠ and dont no what happened never heared

Sick call filed for Right leg
7-11-06 wasnt seen so on 7-24-06 and 7-29-06 filed medical grievances Still havent been seen

I havent been seen for ANY of the medical grievances i filed

I filed sick call on 9-5-06 for having chest pain wasnt seen so on 9-10-06 filed medical grievance

Ive filed 5 medical grievance's and havent heard or seen any one about any of them

Copy's of letter's wrote & copys of grievance's filed !!

*Copy of letter*
↙ Sent to

Counselor Aiello,                                                                                    8-15-06

Good day sir, My name is Danny Ray Kinzer Jr (381156) ive wrote you numerous amount of times concerning my transfer to V.O.P or S.C.I do to me being denied medical treatment now ive wrote you about other things and you respon but out of all the times ive wrote you about this you never respon whats the problem i told you i feel as though my life's at risk and you wont handle the problem now if something happens heat will come on you cause i have dates and copys of ever letter sent to you i have copys of all medical grievance filed now the staff at this jail always says take the correct action well ive done that and nothings being done i mean what do i got to do to get someone to look at this matter if a inmate feels his lifes at risk do to another inmate something gets done but if a inmate feels his lifes at risk do to medical staff its over looked and nothings done but as soon as a inmate strikes the staff here its a problem cause its against the law and a inmate being denied medical treatm is a law as well but nothing gets done about that now if the public gets wiff of this the c/o's and other staff will be ready to through me in the hole but thats my next step im really getting tired of the staff here trying to pull things over on me im trying to take things correctly but if i cant get a respon out of you ill have to take my own action well i hope you have a good day and look into this matter and address it the correct way

Danny Ray Kinzer Jr                                                                    Good day
   381156                                                                                    D. Kinzer
SHU 17 B49

Good day, My name is Danny Ray Kinzer Jr (381186) im current being housed in SHU #17 im writting requesting to be sent to S.C.I do to the fact im getting denied medical treatment, I put 3 sick calls in on June 2 July 3rd and July 7th and wasnt seen until July 17th after i filed a medical grievance on July 10th Sence then ive put 2 sick calls in on July 11 for different reasons wasnt seen so on July 24th i filed yet another medical grievance and a law suit and ive still not been seen its been 18 days and counting so i feel my life is in danger do to the fact that if im getting denied medical treatment for the sick calls i put in what will happen if i put a sick call in for something more serieous i have a copy of medical grievance filed and ive wrote dates that i put sick calls in and dates of the grievace filed so if you could please address this matter with the proper matter! I cant go to bander Hill (wilmington) because there's 3 people related to the victim in my case and there watting for me to come up there so i like to be moved to S.C.I or released i hope you address this matter propley. I max out December 21st and id like to see the street but with being denied medical treatment it scares me cause anything could happen and im not getting proper medical care

Good day
D. Kinzer

Sent copy
to Counselor
&
Dep. Warden
& aptin

*This is a copy of the grievance i filed*

*1st Copy Sent* 
*Copy in 7-24-06*

FORM #585

## MEDICAL GRIEVANCE

FACILITY: D.C.C

INMATE'S NAME: Danny Ray Kinzer Jr

HOUSING UNIT: S.H.U #17

DATE SUBMITTED: 7-24-06

SBI#: 00381156

CASE #: _____

---

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

On July 10th i filed a grievance about not being seen for 3 sick calls i put in then 7 days after i filed the grievance i got seen i put 2 sick calls in sence then, i put 2 sick calls in on July 11th for differnt things and havent been seen yet and it's been 2 weeks seems to me that im being denied medical treatme for speaking my mind in the last grievance wich i never said anything harsh now i do no its a law for dening someone medical treatment and ive already took legal matters

GRIEVANT'S SIGNATURE: D. Kinzer    DATE: 7/24/06

ACTION REQUESTED BY GRIEVANT: If im going be denied medical treatment for speaking my mind let me no so i can request to be transferd to another jail so i can get proper medical treatment i need

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #585

## MEDICAL GRIEVANCE

FACILITY: D.C.C

INMATE'S NAME: Danny Ray Kinzer Jr

HOUSING UNIT: S.H.U 17

DATE SUBMITTED: 7-29-06

SBI#: 00381156

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 7-11-06 ; 7-24-06

TYPE OF MEDICAL PROBLEM:

I filed a medical grievance on 7-24-06 about 2 sick calls i put in on 7-11-06 and not being seen i have still yet to be seen for then sick calls and the 2 problems concerning them sick calls is getting worse Seems i getting denied treatment cause i filed a medical grievance

GRIEVANT'S SIGNATURE: D. Kinzer    DATE: 7-29-06

ACTION REQUESTED BY GRIEVANT: Tell me why im being denied medical treatment

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #585

MEDICAL GRIEVANCE

FACILITY: D C C

INMATE'S NAME: Danny Ray Kinzer Jr

HOUSING UNIT: SHU 17

DATE SUBMITTED: 9-10-06

SBI#: 00381156

CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 9-5-06

TYPE OF MEDICAL PROBLEM:

On 9-5-06 i put a sick call in for having chest pain now my chest pains are coming more often through out the day hurts when take deep breaths ect...!! Now ive put other grievance's in for diffirent reasons is this going be the same way?? This is my 5th medical grievance for diffrent things and havent heard anything about NONE of them !!

GRIEVANT'S SIGNATURE: D. Kinzer     DATE: 9-10-06

ACTION REQUESTED BY GRIEVANT: Tell me why im being denied medical treatment why ever time i put a sick call in i dont get seen???

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Common Copy 1 of 3

FORM #585

## MEDICAL GRIEVANCE

FACILITY: D.C.C

DATE SUBMITTED: 8-24-06

INMATE'S NAME: Danny Ray Kinzer Jr

SBI#: 00381156

HOUSING UNIT: S.H.U #17 B49

CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 7-10 / 7-24 / 7-29 / 8-22

TYPE OF MEDICAL PROBLEM:

On 7-10 / 7-24 / 7-29 and 8-22 i filed medical grievance's for differnt reasons i wasnt seen for the sick calls and i havent seen anyone for the grievance's is the medical unit here that slow they cant handle what needs to be done cause the things i filed sick calls for is getting worse and i feel my life's at risk sence i cant get medical care

GRIEVANT'S SIGNATURE: D. Kinzer

DATE: 8-24-06

ACTION REQUESTED BY GRIEVANT: "LET ME KNOW WHAT'S GOING ON AND WHY IM BEING DENIED MEDICAL CARE"

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**