IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY RAY KINZER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-577 KAJ ) |
| D.C.C. MEDICAL UNIT, | ) ) |
| Defendant. | ) |

**AUTHORIZATION**

I, Danny Ray Kinzer, Jr., SBI #371156, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Oct 4th _____, 2006.



D. Kinzer "D.R.K"
Signature of Plaintiff

FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Danny Ray Kinzer Jr
SBI# 381156    UNIT 21B-A-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St Lockbox 18
Wilmington De
        19801