To Whom it may Concern,

My name is Danny Ray Kinzer Jr (381156) im writting this note to ask if you could send me a copy of the Law Suit form i sent and anything else dealing with this case so i could keep track!! Also im in the mist of filing the proper paper work to be sent to another jail sence im still being denied medical treatment!!

06cv577 KAJ

FILED
OCT 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank You
Danny Kinzer

Danny Kinzer
381156
D.C.C
1181 Paddock Rd
Smyrna, De
   19977