Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv577KAJ

FILED
OCT 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Danny Ray Kinzer, Jr.
D.C.C.
1181 S. Paddock Road
Smyrna, DE 19977

WILMINGTON DE 197
11 OCT 2006 PM

US POSTAGE
Mailed From 19801
10/11/2006

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/STREET
  ☒ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 11, 2006

TO: Danny Ray Kinzer, Jr.
    SBI# 381156
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

RE: **Request for Copy of Docket,
    06-577 KAJ**

Dear Mr. Kinzer:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: Docket Sheet

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00577-KAJ
### Internal Use Only

| | |
|---|---|
| Kinzer v. D.C.C. Medical Unit | Date Filed: 09/14/2006 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Prisoner: Prison Conditions |
| | Jurisdiction: Federal Question |

**Plaintiff**

Danny Ray Kinzer, Jr.    represented by    Danny Ray Kinzer, Jr.
SBI# 381156
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
US
PRO SE

V.

**Defendant**

**D.C.C. Medical Unit**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Danny Ray Kinzer, Jr. (Attachments: # 1 6 Months Account Statement)(ead, ) (Entered: 09/15/2006) |
| 09/14/2006 | 2 | COMPLAINT filed pursuant to 42:1983 against D.C.C. Medical Unit - filed by Danny Ray Kinzer, Jr. (Attachments: # 1 Attachment)(ead, ) (Entered: 09/15/2006) |
| 09/14/2006 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead, ) (Entered: 09/15/2006) |
| 09/20/2006 | | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 09/20/2006) |
| 09/21/2006 | 4 | ORDER - granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. An initial partial filing fee of $1.00 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without |

| | | |
|---|---|---|
| | | prejudice. (Copy to pltf. ) - Notice of Compliance deadline set for 10/23/2006. Signed by Judge Kent A. Jordan on 9/21/06. (rwc, ) (Entered: 09/21/2006) |