To whom it may concern,                    Nov. 8th 2006

My name is Danny Ray Kinzer Jr (SBI 0038115) im currently being held at D.C.C Correction Center im writting in regards of a medical lawsuit i filed on September 20th. I sent copy's of all medical grievance's, Letter's to ever one i wrote it was all inclosed with the 1983 form (Law Suit Form) i would appreciate it if you could send me a copy of the 1983 form (the Lawsuit form itself) also could you send anything and everthing else dealing with this Case. I have a lawyer working on this case as well and i give you the court ~~~~~ premising to release any and all documen dealing with this. Thank you for your time and help

                              Thank You
                              D. Kinzer

Danny Ray Kinzer Jr
# 381156
21-B-U11
D.C.C Correctional Center
1181 Paddock RD
Smyrna, De
        19977



FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

