Mr Peter T. Dalleo,                    06-577   Nov 16th 2006

        Good Day Sir, My Name Is Danny Ray Kin
(381156) i recently received a letter from you on Nov. 14th Sayin
i have to pay 50¢ per page for copies of a medical law Sui
i filed do to me being in jail i dont Know how many pages
there are also i only need copies of the 1983ß form. How long
do you think it'll take to get in court im trying to see this
Law suit go all the to the top If posible could you inform me
of any court dates coming and how long before it gets in
front of a judge ??



FILED

NOV 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

                       Thank You
                       D. Kinzer

Danny Ray Kinzer Jr
S.B.I 381156
D.C.C
1181 Paddock rd
Smyrna De
       19977

IM Danny Ray Kinzer Jr

SBI# 381156    UNIT 21 - B - 11

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE

$ 00.39⁰

PITNEY BOWES

02 1A
0004608975    NOV 17 2006
MAILED FROM ZIP CODE 19977

Lockbox 18

844 King Street

US Court House

Wilmington De

19801

* LEGAL MAIL * 19801+3519-99  £012