OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 21, 2006

TO: Danny Ray Kinzer, Jr.
    SBI# 381156
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Status Letter; 06-577(KAJ)*

Dear Mr. Kinzer:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. Should you require copywork in the future, please be aware of this fee requirement. Prepayment in the amount of $6.00 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan