IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY RAY KINZER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action. No. 06-577-JJF |
| ) | |
| D.C.C. MEDICAL UNIT, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

WHEREAS, Plaintiff Danny Ray Kinzer, Jr., filed a Complaint on September 14, 2006 (D.I. 2);

WHEREAS, on January 16, 2007, an Order was entered dismissing the Complaint and giving Plaintiff leave to amend the Complaint within thirty days from the date of the Order or the case would be closed (D.I. 14);

WHEREAS, the thirty days have passed and an Amended Complaint has not been filed;

THEREFORE, at Wilmington this 2 day of March, 2007, IT IS ORDERED that the case is closed for failure to file an Amended Complaint.

　　　　　　　　　　　　　　　　　　　／s／ Joseph J. Farnan
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE