FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
07 MAR 2007

RTS

RTS
RETURN TO SENDER

- A ☐ INSUFFICIENT ADDRESS
- ☐ ATTEMPTED NOT KNOWN
- C ☐ NO SUCH NUMBER/ STREET
- ☐ NOT DELIVERABLE AS ADDRESSED
- S ☐ UNABLE TO FORWARD
- ☐ OTHER

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



Danny Ray Kinzer, Jr.
SBI # 381156
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



**Utility Events**
1:06-cv-00577-*** Kinzer v. D.C.C. Medical Unit
PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 3/2/2007 at 9:52 AM EST and filed on 3/2/2007
**Case Name:**        Kinzer v. D.C.C. Medical Unit
**Case Number:**     1:06-cv-577
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned to Judge Joseph J. Farnan, Jr.. Please include the initials of the Judge (JJF) after the case number on all documents filed. (bkb)


**1:06-cv-577 Notice has been electronically mailed to:**

**1:06-cv-577 Notice has been delivered by other means to:**

Danny Ray Kinzer, Jr
SBI# 381156
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977