WILMINGTON DE 197
13 MAR 2007 PM

FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Danny Ray Kinzer, Jr
SBI# 361156
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY RAY KINZER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action. No. 06-577-JJF |
| ) | |
| D.C.C. MEDICAL UNIT, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

WHEREAS, Plaintiff Danny Ray Kinzer, Jr., filed a Complaint on September 14, 2006 (D.I. 2);

WHEREAS, on January 16, 2007, an Order was entered dismissing the Complaint and giving Plaintiff leave to amend the Complaint within thirty days from the date of the Order or the case would be closed (D.I. 14);

WHEREAS, the thirty days have passed and an Amended Complaint has not been filed;

THEREFORE, at Wilmington this 2 day of March, 2007, IT IS ORDERED that the case is closed for failure to file an Amended Complaint.

_____
UNITED STATES DISTRICT JUDGE


FILED
MAR 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Other Orders/Judgments**

1:06-cv-00577-JJF Kinzer v. D.C.C. Medical Unit
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 3/6/2007 at 1:52 PM EST and filed on 3/2/2007
**Case Name:**         Kinzer v. D.C.C. Medical Unit
**Case Number:**       1:06-cv-577
**Filer:**
**WARNING: CASE CLOSED on 03/02/2007**
**Document Number:** 16

**Docket Text:**
ORDER Closing Case per D.I. [14] for failure to amend complaint. ***Civil Case Terminated. Signed by Judge Joseph J. Farnan, Jr. on 3/2/2007. (lec)


**1:06-cv-577 Notice has been electronically mailed to:**

**1:06-cv-577 Notice has been delivered by other means to:**

Danny Ray Kinzer, Jr
SBI# 381156
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/6/2007] [FileNumber=353095-0]
[263f10811df1256b40980be21362495ffcb069eba39d894d54e153b681aef4d406b65
fad7e55cd9998e471aa6f0accb94d3a90648240b4c09d8d4f8440e5046e]]